IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN BUSBY                          :          CIVIL ACTION
                                     :
        v.                           :
                                     :
STEADFAST INSURANCE CO., et al.  :          NO. 19-2225

ORDER

AND NOW, this 31st day of October, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiff Robin Busby for partial summary judgment against defendants Steadfast Insurance Co. and USAA General Indemnity Co. that she was involved in two accidents on October 29, 2016 (Doc. # 20) is GRANTED;

(2)  the cross-motion of defendant USAA General Indemnity Co. for partial summary judgment that plaintiff Robin Busby was involved in only one accident on October 29, 2016 (Doc. # 23) is DENIED; and

(3)  the cross-motion of defendant Steadfast Insurance Co. for partial summary judgment that plaintiff Robin Busby was involved in only one accident on October 29, 2016 (Doc. # 24) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                        J.