```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN BUSBY                      :      CIVIL ACTION
                                 :
      v.                         :
                                 :
STEADFAST INSURANCE CO., et al.  :      NO. 19-2225
```

ORDER

AND NOW, this 3rd day of December, 2019, it is hereby ORDERED that the motions of defendants USAA Casualty Insurance Company and Steadfast Insurance Company (Docs. ## 37 & 38) for certification of this court's Order dated October 31, 2019 for interlocutory appeal under 28 U.S.C. § 1292(b) are DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.