```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ROBIN BUSBY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEADFAST INSURANCE CO., et al. | : | NO. 19-2225 |

## ORDER

AND NOW, this 3rd day of December, 2019, it is hereby ORDERED that the motion of defendant Steadfast Insurance Company for reconsideration of this court's Memorandum and Order dated October 31, 2019 (Doc. # 38) is DENIED.  See Max's Seafood Cafe ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999).  Steadfast's citation of Smith v. Pulcinella, 656 A.2d 494 (Pa. Super. 1995), is inapposite.  Smith dealt with the apportionment of damages, not the issue of whether the plaintiff was involved in two accidents for purposes of insurance coverage, and is distinguishable from the facts presented in this action.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                  J.