IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN BUSBY | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | No.: 19-CV-02225-HB |
| v. | : | |
| | : | |
| STEADFAST INSURANCE CO. | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| & | : | **UNDER FEDERAL RULE OF CIVIL** |
| USAA CASUALTY INSURANCE CO. | : | **PROCEDURE 41(a)1(A)(ii)** |
| | : | |
| Defendants. | : | |

Pursuant to Rule 41(a)1(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Robin Busby, by and through her counsel of record, hereby gives notice that the within action has settled and therefore is voluntarily dismissed with prejudice against Defendants, Steadfast Insurance Company and USAA Casualty Insurance Company.

DATED: March 31, 2020

/s/ *Gabriel Z. Levin, Esquire*
GABRIEL Z. LEVIN, ESQUIRE
Attorney for Plaintiff


/s/ *Allsion L. Perry, Esquire*
ALLISON L. PERRY, ESQUIRE